UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JENNIFER BACKUS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTRY CLUB, INC. d/b/a Gold Rush Showbar,<br><br>　　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:15-cv-951-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., Chief United States District Judge, for consideration of defendant's motion to dismiss and to compel arbitration, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 12th day of November, 2015.

　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　By:　s/Andrea Gee
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
　November 12, 2015
James N. Hatten
Clerk of Court

By:　s/Andrea Gee
　　　　Deputy Clerk